.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*


JUDGMENT IN A CIVIL CASE

**Loud Records, LLC, et al.,**

vs.                                                  **Case No.2:05-cv-305**

**Jonathan King,**                                   **Judge  Smith**
                                                     **Magistrate Judge Abel**


[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.


IT IS ORDERED AND ADJUDGED : Pursuant to an Order dated December 21, 2005, the Court ADOPTS the stipulation to judgment and permanent injunction.  This case is DISMISSED.

Date:  December 23, 2005                              **JAMES BONINI, Clerk**


                                                     s/Lisa Wright
                                                     Lisa Wright, Deputy Clerk